UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Thomas Gatica, III

        Plaintiff(s),          Case No. 17-14176

v.          Judge Linda V. Parker

Willis Chapman          Magistrate Judge David R. Grand

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __10__, filed __March 31, 2021__, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☐ The corresponding document image was missing or incomplete.
- ☐ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed *to include the Partial Payment Order.*
- ☑ Other: Incorrect party listed

If you need further clarification or assistance, please contact __Aaron Flanigan__ at __(313) 234-5524__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: March 31, 2021          s/Aaron Flanigan
                                                                          Deputy Clerk